CITY OF SEATTLE et al. *v.* BEEZER et al.

No. 677. Decided March 2, 1964.

*A. L. Newbould, Richard S. White, William A. Helsell, Robert L. McCarty* and *Charles F. Wheatley, Jr.* for appellants.

*Alfred J. Schweppe* for Beezer, and *Clarence C. Dill, Joseph Volpe, Jr.* and *Bennett Boskey* for Public Utility District No. 1 of Pend Oreille County, Washington, appellees.

*Solicitor General Cox, Richard A. Solomon, Howard E. Wahrenbrock* and *David J. Bardin* for the Federal Power Commission, as *amicus curiae,* in support of appellants.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is granted and the judgment is reversed. *City of Tacoma* v. *Taxpayers of Tacoma,* 357 U. S. 320.